**FILED**

JUL 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  OLUSERE OLOWOYEYE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NUMBERS: 2:14-MJ-0149, 2:14-SW-0423
                                       KJN, AND 2:14-SW-0424
12
                     Plaintiff,        PETITION AND [PROPOSED] ORDER TO UNSEAL
13                                     COMPLAINT, APPLICATION FOR SEARCH
              v.                       WARRANT, SEARCH WARRANTS AND
14                                     AFFIDAVIT
    AJELLON DEDEAUX,
15  CORAL WILSON,
    GLENN BARROWS,
16  JERMAINE NEWMAN,
    FRANK LOBATOS,
17  RICHARD O'CONNELL,
    KRISLEN BRIDGES, AND
18  MEUY LAI SAECHAO,

19                   Defendants.

20

21        TO THE HONORABLE KENDALL J. NEWMAN, UNITED STATES MAGISTRATE

22  JUDGE:

23        COMES NOW Olusere Olowoyeye, Assistant United States Attorney for the Eastern District of

24  California, to petition this Court and respectfully represent:

25        1. On July 21, 2014, the Honorable Kendall J. Newman, issued orders sealing the complaint,

26  application for search warrant, search warrants and affidavit in Case Numbers: 2:14-mj-0149, 2:14-sw-

27  0423 and 2:14-sw-0424 until further order of the Court.

28        2. As of today, July 23, 2014, most of the defendants have been arrested and are facing federal

                                        1

1  charges.

2       It is now necessary to unseal the complaint, application for search warrant, search warrants and

3  affidavit referred to above so the defendants may be properly advised of the charges they are facing and

4  the basis thereof.

5       THEREFORE, your petitioner prays that the court unseal the complaint, application for search

6  warrant, search warrants and affidavit in Case Nos. 2:14-mj-0149, 2:14-sw-0423 and 2:14-sw-0424.

7

8  Dated: July 23, 2014

                          BENJAMIN B. WAGNER

9                            United States Attorney

10

11                            OLUSERE OLOWOYEYE

                          Assistant United States Attorney

12

13                  [PROPOSED] ORDER

14       IT IS SO FOUND AND ORDERED this **23** day of **July**, 2014

15

16                  THE HONORABLE KENDALL J. NEWMAN

17                  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28